| | |
|---|---|
| Howard M.S. Hu, Chapter 13 Trustee<br>1132 Bishop Street, Suite 301<br>Honolulu, Hawaii 96813<br>Telephone: (808) 526-3083   Fax: (808) 531-8844 | For court use only |
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF HAWAII** | Case No.: 09-00715<br>Chapter 13 |
| Debtor:  WILLIAM JUSTIN LEEHANG<br>and, if any,<br>Joint Debtor: NINA MARIE LEEHANG | |

## TRUSTEE'S MOTION TO DISMISS

Trustee hereby moves the court for an order dismissing this case for the following reason or reasons:

**Material default with respect to a term of the confirmed plan.**

## NOTICE

Notice is hereby given to Debtor that you or your attorney should attend a hearing scheduled at:

| | |
|---|---|
| United States Bankruptcy Court<br>District of Hawaii<br>1132 Bishop Street, Suite 250L<br>Honolulu, HI 96813 | Date: October 28, 2010<br><br>Time: 9:35 a. m. |

No written opposition to this motion need be filed. However, if you or your attorney fail to appear at the hearing, the court may decide that you do not oppose the motion and the court may grant the relief as requested.

Dated: October 6, 2010

/s/ Howard M.S. Hu
Chapter 13 Trustee

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this motion was served on the Office of the United States Trustee and the parties below by the court's transmission facilities (ECF) or first class mail on: October 6, 2010

| Debtor/Joint Debtor | Debtor's Attorney |
|---|---|
| WILLIAM JUSTIN LEEHANG<br>NINA MARIE LEEHANG<br>45310 MEALELE ST<br>KANEOHE, HI 96744 | BLAKE GOODMAN, ESQ. |

Dated: October 6, 2010

/s/ Howard M.S. Hu

13TR 1307c      11/1/01         code: TMD