# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF HAWAII

In Re:

**William Justin Leehang and Nina Marie Leehang**   Case No.: **09–00715**

Debtor(s).                                          Chapter:  **13**

SSN of Debtor: **xxx–xx–4587**
TAX ID of Debtor:

SSN of Joint Debtor: **xxx–xx–9799**
TAX ID of Joint Debtor:

## _Date Entered: November 18, 2010_

### ORDER DISMISSING CASE

After due notice, the following motion came on for hearing before the court:

*45* – Trustee's Motion to Dismiss Case for Failure to Make Plan Payments.. Hearing scheduled for 10/28/2010 at 09:35 AM at Courtroom, 1132 Bishop Street, Suite 250, Honolulu, HI 96813. (Hu, Howard)

For the reasons stated in open court pursuant to Rule 7052 of the Federal Rules of Bankruptcy Procedure,

**IT IS HEREBY ORDERED** that the motion is GRANTED and this case is DISMISSED. The court reserves and retains jurisdiction to receive and pass upon the final account of the Trustee, to enter an order discharging the Trustee and the Trustee's surety, and to make such other orders as may be necessary to close this case. If an Order to Employer to Pay Funds to Trustee has been entered in this case, it is hereby VACATED. Any stay imposed under 11 U.S.C. sec. 362(a) or 1301(a) is hereby TERMINATED.

**Dated: November 18, 2010**

Honolulu, Hawaii

*Robert J. Faris*
United States Bankruptcy Judge