# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

**Case No. 09–00715**

**Chapter 13**

In re:

| | |
|---|---|
| William Justin Leehang | Nina Marie Leehang |
| 45310 Mealele St | 45310 Mealele St |
| Kaneohe, HI 96744 | Kaneohe, HI 96744 |

Social Security No.:
  xxx–xx–4587                                     xxx–xx–9799

Employer's Tax I.D. No.:

## NOTICE OF DISMISSAL OF CASE

**Please take notice** that on November 18, 2010 the court entered an order dismissing this bankruptcy case.

The original order is on file in the Clerk's Office of the court and can be accessed on the Internet using PACER for a fee. Information on the PACER system can be found on the court's web page:**www.hib.uscourts.gov**

Dated: November 18, 2010                    FOR THE COURT

**Address of the Bankruptcy Clerk's Office:**      Clerk of the Bankruptcy Court:
1132 Bishop Street
Suite 250                                      **Michael B. Dowling**
Honolulu, HI 96813

Telephone number:  (808) 522–8100