# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

Case No. 09−00715

**Chapter 13**

In re:

| | |
|---|---|
| William Justin Leehang<br>45310 Mealele St<br>Kaneohe, HI 96744 | Nina Marie Leehang<br>45310 Mealele St<br>Kaneohe, HI 96744 |

Social Security No.:
xxx−xx−4587                                            xxx−xx−9799

Employer's Tax I.D. No.:

## NOTICE OF DISMISSAL OF CASE

**Please take notice** that on November 18, 2010 the court entered an order dismissing this bankruptcy case.

The original order is on file in the Clerk's Office of the court and can be accessed on the Internet using PACER for a fee. Information on the PACER system can be found on the court's web page:**www.hib.uscourts.gov**

| | |
|---|---|
| Dated: November 18, 2010 | FOR THE COURT |
| **Address of the Bankruptcy Clerk's Office:**<br>1132 Bishop Street<br>Suite 250<br>Honolulu, HI 96813 | Clerk of the Bankruptcy Court:<br><br>**Michael B. Dowling** |

Telephone number:  (808) 522−8100

# CERTIFICATE OF NOTICE

```
District/off: 0975-1          User: mbd                    Page 1 of 2          Date Rcvd: Nov 18, 2010
Case: 09-00715                Form ID: hn012               Total Noticed: 46

The following entities were noticed by first class mail on Nov 20, 2010.
db/jdb        +William Justin Leehang,   Nina Marie Leehang,   45310 Mealele St,   Kaneohe, HI 96744-2213
aty           +Eliza Hand,   Clay Chapman Crumpton Iwamura & Pulice,   700 Bishop St., Ste. 2100,
                Honolulu, HI 96813-4120
945267         American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern  PA 19355-0701
934501        +Attorney General,   Keeliolani Bldg. Room 219,   830 Punchbowl Street,   Honolulu, HI 96813-5095
934535        +Blake Goodman, P.C.,   900 Fort Street Mall, Suite 920,   Honolulu, HI 96813-3715
934505         Cabela's Club Visa,   Po Box 82575,   Lincoln , NE 68501-2575
945087         Department of Taxation,   State of Hawaii,   Attn: Bankruptcy Unit,   P.O. Box 259,
                Honolulu, HI 96809-0259
934509         Hawaii Dept. Of Taxation,   PO Box 1530,   Honolulu, HI 96806-1530
934510        +Hawaii Dept. of Taxation,   Bankruptcy Unit,   PO Box 259,   Honolulu, HI 96809-0259
934511         Hawaii Pacific Health,   Po Box 30670,   Honolulu , HI 96820-0670
934512         Hawaii Tel Fcu Visa,   Po Box 60097,   City Industry , CA 91716-0097
940220        +Hawaiian Tel FCU,   1138 N. King Street,   Honolulu, HI 96817-3345
948392        +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   PO Box 41067,
                NORFOLK VA 23541-1067
957572         Pacific Medical Collections, Inc.,   33 South King Street, #505,   Honolulu, HI 96813-4325
934517         Paypal Buyer Credit,   Po Box 960080,   Orlando , FL 32896-0080
934518         Sam's Club Discover Card,   Po Box 960013,   Orlando , FL 32896-0013
939955         Wells Fargo Bank, NA,   c/o America's Servicing Company,   P.O. Box 10388,
                Des Moines, IA 50306-0388
934521        +Wells Fargo Home Mortgage,   Po Box 30427,   Los Angeles , CA 90030-0427
940464         World's Foremost Bank,   P.O. Box 82609,   Lincoln, NE 68501-2609
934522         Zales Credit Plan,   Processing Center,   Des Moines , IA 50364-0001

The following entities were noticed by electronic transmission on Nov 19, 2010.
cr             EDI: RESURGENT.COM Nov 19 2010 00:18:00      LVNV Funding LLC Resurgent Capital Services,
                PO Box 10587,   Greenville, SC  29603-0587
cr            +EDI: WFFC.COM Nov 19 2010 00:18:00      Wells Fargo Home Mortgage, Inc.,   Att: Bankruptcy Dept.,
                3476 Stateview Blvd.,   Fort Mill, SC 29715-7203
934500         EDI: AMEREXPR.COM Nov 19 2010 00:18:00      American Express,   Po Box 0001,
                Los Angeles , CA 90096-8000
934502         EDI: BANKAMER.COM Nov 19 2010 00:18:00      Bank Of America,   Po Box 851001,
                Dallas , TX 75285-1001
934503         EDI: BANKAMER2.COM Nov 19 2010 00:18:00      Bank Of America Worldpoints Visa,   Po Box 15726,
                Wilmington , DE 19886-5726
934504        +E-mail/PDF: ebknotice@boh.com Nov 19 2010 04:31:07      Bank Of Hawaii,   Po Box 2715,
                Honolulu , HI 96803-2715
935756        +E-mail/PDF: ebknotice@boh.com Nov 19 2010 04:31:07      Bank of Hawaii,   CCD #273,
                P.O. Box 2900,   Honolulu, HI 96846-0001
934506        +EDI: CAPITALONE.COM Nov 19 2010 00:18:00      Capital One Bank Visa,   Po Box 60599,
                City Of Industry , CA 91716-0599
934507         EDI: CHASE.COM Nov 19 2010 00:18:00      Chase,   Po Box 94012,   Palatine , IL 60094-4012
953967         EDI: CHASE.COM Nov 19 2010 00:18:00      Chase Bank USA NA,   PO BOX 15145,
                Wilmington, DE 19850-5145
934508         EDI: CHASE.COM Nov 19 2010 00:18:00      Chase Disney Rewards Visa,   Po Box  15298,
                Wilmington , DE 19850-5298
936134         EDI: TSYS2.COM Nov 19 2010 00:18:00      DEPARTMENT STORES NATIONAL BANK/MACYS,
                TSYS DEBT MGMT., INC.,   PO BOX 137,   COLUMBUS, GA  31902-0137
936135         EDI: TSYS2.COM Nov 19 2010 00:18:00      DEPARTMENT STORES NATIONAL BANK/VISA,
                TSYS DEBT MGMT., INC.,   PO BOX 137,   COLUMBUS, GA  31902-0137
955094        +EDI: BANKAMER.COM Nov 19 2010 00:18:00      FIA CARD SERVICES, N.A.,   ATTN. MR. BK,
                1000 Samoset Drive,   DE5-023-03-03,   Newark, DE 19713-6000
934513         EDI: IRS.COM Nov 19 2010 00:18:00      Internal Revenue Service,   300 Ala Moana Blvd. MS H240,
                Honolulu, HI 96850-1992
940105         EDI: IRS.COM Nov 19 2010 00:18:00      Internal Revenue Service,   P.O. Box 21126,
                Philadelphia, PA 19114
1019880        EDI: RESURGENT.COM Nov 19 2010 00:18:00      LVNV FUNDING LLC its successors and assigns,
                c/o Resurgent Capital Services,   Po Box 10587,   Greenville, SC 29603-0587
934514         EDI: TSYS2.COM Nov 19 2010 00:18:00      Macy's,   Po Box 6938,   The Lakes , NV 88901-6938
934515         EDI: TSYS2.COM Nov 19 2010 00:18:00      Macy's Visa,   Po Box 689194,
                Des Moines , IA 50368-9194
934516         E-mail/Text: bnc@nordstrom.com                            Nordstrom Bank,   Po Box 79134,
                Phoenix , AZ 85062-9134
936564        +E-mail/Text: bnc@nordstrom.com                            Nordstrom fsb,   PO Box 6566,
                Englewood, CO 80155-6566
948392        +EDI: PRA.COM Nov 19 2010 00:18:00      PRA Receivables Management, LLC,
                As Agent Of Portfolio Recovery Assocs.,   PO Box 41067,   NORFOLK VA 23541-1067
935629         EDI: RECOVERYCORP.COM Nov 19 2010 00:18:00      Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
955304        +EDI: RECOVERYCORP.COM Nov 19 2010 00:18:00      Recovery Management Systems Corporation,
                For GE Money Bank,   dba PAYPAL,   25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
951372         EDI: BLINE.COM Nov 19 2010 00:18:00      Roundup Funding, LLC,   MS 550,   PO Box 91121,
                Seattle, WA 98111-9221
934519         EDI: SEARS.COM Nov 19 2010 00:18:00      Sears,   Po Box 688956,   Des Moines , IA 50368-8956
934520         EDI: SEARS.COM Nov 19 2010 00:18:00      Sears Premier Gold Mastercard,   Po Box 6282,
                Sioux Falls , SD 57117-6282
                                                                                               TOTAL: 27
```

```
District/off: 0975-1          User: mbd              Page 2 of 2              Date Rcvd: Nov 18, 2010
Case: 09-00715                Form ID: hn012         Total Noticed: 46
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr*        +Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
cr*         Wells Fargo Bank, NA,   c/o America's Servicing Company,   P.O. Box 10388,
             Des Moines, IA   50306-0388
                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 20, 2010**                                Signature:    *Joseph Speetjens*